# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **Michele Nelson** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:26-cv-10275-JEL-KGA |
| **Capital Vision Services, LLC** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Jody Ashworth, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Capital Vision Services, LLC in Richmond City County, VA on January 29, 2026 at 2:30 pm at 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100 by leaving the following documents with Rene Nordquist who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Capital Vision Services, LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, PURSUANT TO LOCAL RULE 83.11, CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 55-64, Hair: Blonde, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=37.53508,-77.4338383333
Photograph: See Exhibit 1

Standard Serve 100 Shockoe Slip, Fl 2, Richmond, VA 23219-4100 1@$90.00=$90.00
Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Jody Ashworth* |
|    Henrico County              , | Signature |
|    VA       on    1/31/2026          . | Jody Ashworth |
| | +1 (818) 624-1422 |



Exhibit 1a)