UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELE NELSON, on behalf
of herself and others similarly
situated,

      Plaintiff,                        Case No. 5:26-cv-10275

v.                                          Hon. Judith E. Levy
                                             Mag. Judge Kimberly G. Altman

CAPITAL VISION SERVICES, LLC,

      Defendant.
_____/

**APPEARANCE OF MAX A. AIDENBAUM**

TO:    CLERK OF THE COURT

       Please enter the appearance of Max A. Aidenbaum of Dickinson Wright PLLC in the above-captioned action as attorney on behalf of Defendant, CAPITAL VISION SERVICES, LLC.

                                        DICKINSON WRIGHT PLLC

                                        By:  */s/ Max A. Aidenbaum*
                                                Max A. Aidenbaum (P78793)
                                        *Attorneys for Defendant*
                                        500 Woodward Avenue, Suite 4000
                                        Detroit, MI  48226
                                        (313) 223-3500
                                        maidenbaum@dickinsonwright.com

1

## NOTICE OF ENTRY OF APPEARANCE

TO: Counsel of Record

PLEASE TAKE NOTICE that I have entered my appearance in the above-entitled cause of action as attorney on behalf of Defendant, CAPITAL VISION SERVICES, LLC.

                DICKINSON WRIGHT PLLC

                By: */s/ Max A. Aidenbaum*
                      Max A. Aidenbaum (P78793)
                *Attorneys for Defendant*
                500 Woodward Avenue, Suite 4000
                Detroit, MI  48226
                (313) 223-3500
                maidenbaum@dickinsonwright.com

DATED:  February 19, 2026

## CERTIFICATE OF SERVICE

I hereby certified that on February 19, 2026, I electronically filed the foregoing *Appearance of Max A. Aidenbaum and Notice of Entry of Appearance* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                */s/ Max A. Aidenbaum*
                Max A. Aidenbaum

4937-6314-7408 v1 [99998-2301]