UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHELLE NELSON, on behalf of herself
and others similarly situated,

        Plaintiff,

  v.

CAPITAL VISION SERVICES, LLC,

        Defendant.

Case No.: 5:26-cv-10275-JEL-KGA

Judge Judith E. Levy

**STIPULATED ORDER ENGLARGING
DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Michelle Nelson and Defendant Capital Vision Services, LLC, through their counsel, hereby stipulate and agree, and the Court orders, as follows:

    1.    Plaintiff filed her Complaint on January 27, 2026. ECF No. 1. She served Defendant on January 29, 2026. ECF No. 3. Defendant's deadline to answer or otherwise respond to the Complaint is February 19, 2026. *Id.*

    2.    Defendant has been diligent in gathering information since it received notice of this case. But the undersigned counsel requires additional time to: (a) familiarize themselves with the facts and circumstances surrounding this dispute; (b) investigate Plaintiff's claims; and (c) potentially discuss early resolution of this matter. The parties therefore request a 30-day extension to Defendant's response deadline.

    3.    Counsel for both parties has conferred and agree to the relief requested in this motion. Accordingly, the extension will not prejudice Plaintiff.

    4.    This is Defendant's first extension to respond to the Complaint and all parties consent to the relief sought.

5.     The requested extension is made in good faith and not intended to delay the ultimate resolution of this case.

THE PARTIES THEREFORE AGREE, AND THE COURT ORDERS THAT Defendant Capital Vision Services, LLC's deadline to answer or otherwise respond to the Complaint is hereby extended by thirty (30) days to March 23, 2026.

IT IS SO ORDERED.

DATED: February 25, 2026                                     s/Judith E. Levy
                                                             Hon. Judith E. Levy
                                                             U.S. DISTRICT JUDGE

Stipulated and Agreed:

| /s/ Anthony Paronich (w/ permission) | /s/ Max A. Aidenbaum |
|---|---|
| Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400 Hingham, MA 02043<br>Telephone: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com<br><br>George T. Blackmore<br>1100 Owendale Drive<br>Suite M<br>Troy, MI 48083<br>(888) 835-2993<br>george@blackmore.law<br><br>*Counsel for Plaintiff* | Max A. Aidenbaum (P78793)<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3093<br>maidenbaum@dickinsonwright.com<br><br>Ryan D. Watstein<br>WATSTEIN TEREPKA, LLP<br>75 14th Street NE, Suite 2600<br>Atlanta, Georgia 30309<br>(404) 782-0695<br>ryan@wtlaw.com<br><br>*Counsel for Defendant* |