UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michele Nelson,

                Plaintiff,        Case No. 26-10275

v.                                Judith E. Levy
                                    United States District Judge
Capital Vision Services, LLC,

                                   Mag. Judge Kimberly G. Altman

            Defendant.

_____/

## ORDER VACATING TEXT-ONLY ORDER TO SHOW CAUSE

On February 3, 2026, the Court ordered Plaintiff to show cause why local counsel has not made an appearance in this case or why she has not petitioned the Court to proceed without local counsel as required under Eastern District of Michigan Local Rule 83.20(f).

Plaintiff did not file a response to the Court's order to show cause. However, local counsel for Plaintiff made an appearance in this case on February 18, 2026. (ECF No. 4.) As such, the appropriate action has been taken and accordingly the Court's order to show cause has been satisfied and is vacated.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: February 26, 2026<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2026.

s/Caitlin Shrum
CAITLIN SHRUM ON BEHALF
OF WILLIAM BARKHOLZ
Case Manager
