AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| MICHELE NELSON, )<br>*Plaintiff* )<br>v. )<br>CAPITAL VISION SERVICES, LLC, )<br>*Defendant* ) | Case No.   5:26-CV-10275-JEL-KGA |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Capital Vision Services, LLC                                                                      .

Date:      March 17, 2026

/s/ James M. Ruley
*Attorney's signature*

James M. Ruley, MD Bar No. 1712140150
*Printed name and bar number*
Watstein Terepka, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309

*Address*

jruley@wtlaw.com
*E-mail address*

(404) 991-2684
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|