**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

MICHELLE NELSON, on behalf of herself
and others similarly situated,

        Plaintiff,

    v.

CAPITAL VISION SERVICES, LLC,

        Defendant.

Case No.: 5:26-cv-10275-JEL-KGA

Honorable Judith E. Levy

**STIPULATED ORDER ENLARGING**
**DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Michelle Nelson and Defendant Capital Vision Services, LLC, through their counsel, hereby stipulate and agree, and the Court orders, as follows:

1. Plaintiff filed her Complaint on January 27, 2026. ECF No. 1. She served Defendant on January 29, 2026. ECF No. 3. Defendant's original deadline to answer or otherwise respond to the Complaint was February 19, 2026. *Id.*

2. The parties stipulated to extend that initial deadline from February 19, 2026, through March 23, 2026. ECF No. 6.

3. Defendant has been diligent in gathering information since it received notice of this case. But the undersigned counsel requires additional time to finalize their investigation and potentially discuss early resolution of this matter. In addition, James Ruley, the attorney primarily responsible for this matter and who will shortly be appearing in this case, will be out on paternity leave from March 19, 2026, to April 12, 2026. The parties therefore request a 30-day extension to Defendant's response deadline.

4. Counsel for both parties have conferred and agree to the relief requested in this motion. Accordingly, the extension will not prejudice Plaintiff.

1

5. This is Defendant's second extension to respond to the Complaint and all parties consent to the relief sought.

6. The requested extension is made in good faith and not intended to delay the ultimate resolution of this case.

7. The parties do not intend to request any further extensions of time.

THE PARTIES THEREFORE AGREE, AND THE COURT ORDERS that Defendant Capital Vision Services, LLC's deadline to answer or otherwise respond to the Complaint is hereby extended by thirty (30) days to April 22, 2026.

IT IS SO ORDERED.

Date: March 19, 2026

s/Judith E. Levy
JUDITH E. LEVY
United States District Judged

Stipulated and Agreed:

/s/ Anthony I. Paronich (w/permission)
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400 Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ Max A. Aidenbaum
Max A. Aidenbaum (P78793)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3093
maidenbaum@dickinsonwright.com

Ryan D. Watstein
James M. Ruley (appearance forthcoming)
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 782-0695
ryan@wtlaw.com
jruley@wtlaw.com

*Counsel for Defendant*