AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| MICHELE NELSON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:26-cv-10275-JEL-KGA |
| CAPITAL VISION SERVICES, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Capital Vision Services, LLC                                                                                    .

Date:      04/22/2026

/s/ Ryan D. Watstein
*Attorney's signature*

Ryan D. Watstein GA Bar No. 266019
*Printed name and bar number*

Watstein Terepka LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309

*Address*

ryan@wtlaw.com
*E-mail address*

(404) 782-0695
*Telephone number*

*FAX number*