UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Michele Nelson,

                    Plaintiff(s),

v.                                              Case No. 5:26–cv–10275–JEL–KGA
                                                Hon. Judith E. Levy

Capital Vision Services, LLC,

                    Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

          Motion to Dismiss – #11
          Motion to Stay – #12
   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy **without** oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

   Courtesy copies are not required.


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                   Case Manager

Dated:   April 27, 2026