**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MICHELE NELSON<br>*on behalf of herself and*<br>*others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL VISION SERVICES, LLC<br><br>Defendant.<br>_____ | )<br>)Civil Action No.: 5:26-cv-10275<br>)<br>)      Class Action Complaint<br>)<br>)      Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>STIPULATION TO STAY PROCEEDINGS</u>**

Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree as follows and have submitted a Proposed Order consistent with the below:

1. On April 22, 2026, Defendant filed a Motion to Dismiss (ECF No. 11) and a Motion to Stay Proceedings (ECF No. 12).

2. The parties have further conferred regarding the requested stay.

3. In light of the issues raised in Defendant's Motion to Stay and the anticipated guidance from the United States Court of Appeals for the Sixth Circuit in *Stockdale v. Skymount Property Group*, Appeal No. 26-3267 (6th Cir. April 2, 2026), a pending appeal addressing similar issues, the parties

1

agree that a stay of this action is appropriate to conserve judicial and party resources.

4. Accordingly, Plaintiff does not oppose Defendant's Motion to Stay.

5. The parties stipulate and agree that this action should be stayed in its entirety pending resolution of the relevant Sixth Circuit appeal.

6. The parties further agree that, within 14 days after the issuance of a decision in the Sixth Circuit appeal, they will meet and confer and, if appropriate, submit a joint status report or proposed schedule to the Court.

7. During the pendency of the stay, all deadlines, including but not limited to Plaintiff's deadline to respond to any pending motions, shall be tolled.

WHEREFORE, the parties respectfully request that the Court enter the proposed order below.

Dated: May 5, 2026                 PLAINTIFF, on behalf of herself
                                   and others similarly situated,


                                   /s/ Anthony I. Paronich
                                   Anthony I. Paronich
                                   Paronich Law, P.C.
                                   350 Lincoln Street, Suite 2400
                                   Hingham, MA 02043
                                   (508) 221-1510
                                   anthony@paronichlaw.com

                                   /s/ Ryan D. Watstein
                                   Ryan D. Watstein

2

James M. Ruley
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 782-0695
ryan@wtlaw.com
jruley@wtlaw.com
Max A. Aidenbaum (P78793)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3093
maidenbaum@dickinsonwright.com

*Counsel for Defendant*

3