## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Michele Nelson, on behalf of
herself and others similarly
situated,

Case No. 26-10275

Plaintiff,

Judith E. Levy
United States District Judge

v.

Mag. Judge Kimberly G. Altman

Capital Vision Services, L.L.C.,

Defendant.

_____/

## ORDER STRIKING STIPULATION TO STAY PROCEEDINGS [14]

The Court has reviewed the parties' Stipulation to Stay Proceedings. (ECF No. 14.) The Court strikes that document for the following reason:

☐ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☐ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☒ Other: <u>Failure to comply with R12(a)(1) of the Eastern District of Michigan's Electronic Filing Policies and Procedures</u>.

The document (ECF No. 14) is STRICKEN and not part of the record.

IT IS SO ORDERED.

Dated: May 7, 2026           s/Judith E. Levy
    Ann Arbor, Michigan           JUDITH E. LEVY
                           United States District Judge

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 7, 2026.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager

3