## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MICHELLE NELSON, on behalf of
herself and others similarly situated,

              Plaintiff,

    v.

CAPITAL VISION SERVICES, LLC,

              Defendant.

Case No.: 5:26-cv-10275-JEL-KGA

Judge Judith E. Levy

## JOINT STATUS REPORT

Plaintiff Michelle Nelson and Defendant Capital Vision Services, LLC, through their respective counsel, submit this Joint Status Report pursuant to the Court's Order (ECF No. 16) directing the parties to submit a status report within twenty-one (21) days of the resolution of the appeal in *Stockdale v. Skymount Property Group, LLC*, No. 26-3267 (6th Cir.) ("Stockdale Appeal"). The parties state as follows:

1.    This action was stayed pending the Sixth Circuit's resolution of the *Stockdale* Appeal. ECF No. 16.

2.    On June 5, 2026, Kristi Stockdale, the plaintiff-appellant, voluntarily dismissed her own appeal filed in *Stockdale*. Plaintiff did not dismiss as the result of a settlement between the parties—she declined to pursue the appeal after hearing oral argument from the Seventh Circuit on the same issue. The Sixth Circuit

1

subsequently dismissed the *Stockdale* appeal pursuant to the parties' Federal Rule of Appellate Procedure 42(b) stipulation the same day, before briefing and before the issuance of any opinion.

3.     A true and correct copy of the Sixth Circuit's dismissal order is attached as Exhibit A.

4.     The *Stockdale* Appeal is therefore resolved.

5.     Because the *Stockdale* Appeal was dismissed without any merits ruling, *Stockdale* produced no appellate decision bearing on the issues presented in this case. Defendant therefore intends to re-file its motion to dismiss and, concurrently, a motion to stay discovery pending the Court's adjudication of the motion to dismiss. Defendant proposes to file both motions within fourteen (14) days of the date of this Joint Status Report.

6.     Plaintiff does not oppose a stay of discovery pending the Court's resolution of Defendant's motion to dismiss.

7.     The parties respectfully request that the Court permit Defendant to re-file the foregoing motions on the schedule set forth above, or grant such other relief as the Court deems just and proper.

*[Signature Appears on Following Page]*

Dated: June 26, 2026

/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

* With express permission by Anthony I. Parolich

*Counsel for Plaintiff*

/s/ Ryan D. Watstein
Ryan D. Watstein
James M. Ruley
WATSTEIN TEREPKA, LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
(404) 782-0695
ryan@wtlaw.com
jruley@wtlaw.com

Max A. Aidenbaum (P78793)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3093
maidenbaum@dickinsonwright.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

By: */s/ Ryan D. Watstein*
Ryan D. Watstein

4