# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Michele Nelson,

                Plaintiff,       Case No. 26-10275

v.                            Judith E. Levy
                                  United States District Judge

Capital Vision Services, LLC,

                                Mag. Judge Kimberly G. Altman

                Defendant.

_____/

## ORDER VACATING STAY AND SETTING DEADLINES

Pursuant to the Parties' status report filed on June 26, 2026, (ECF No. 17), the Court VACATES the stay in this case. Defendant is ORDERED to refile its motion to dismiss and motion to stay discovery within 14 days of this order.

    IT IS SO ORDERED.

Dated: June 29, 2026          s/Judith E. Levy
Ann Arbor, Michigan       JUDITH E. LEVY
                               United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 29, 2026.

<u>s/Richard Thieme</u>
RICHARD THIEME
Case Manager